## APPENDIX A

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| MATTHEW SCOTT, individually and on behalf of all those similarly situated, | § § § | |
| Plaintiff | § § | |
| v. | § § | 4:13-CV-00685 |
| LNC VENTURES, LLC D/B/A SOUPER SALAD, | § § § | Jury Demanded |
| Defendant. | § § § | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Matthew Scott ("Plaintiff") and LNC Ventures, LLC d/b/a Souper Salad ("Defendant"), by and through their undersigned counsel and pursuant to Rule 41 of the Federal Rules of Civil Procedure and the Settlement Agreement and Complete Waiver/Release ("Settlement Agreement") entered into between the parties, hereby stipulate to the dismissal of the above-styled action with prejudice, without cost and waiving all rights of appeal.

Respectfully submitted this ____ day of April, 2014.

By _____
Chris R. Miltenberger
Law Offices of Chris R. Miltenberger, PLLC
1340 N. White Chapel, Suite 100
Southlake, Texas 76092

By _____
Kelly Utsinger
Underwood Law Firm P.C.
500 S. Taylor, Suite 1200
P.O. Box 9158
Amarillo, TX 79105